UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF SIMPLEXGRINNELL LP,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>AEROPLATE CORP, a California Corporation and RONALD D. PATTERSON,<br><br>　　　　　　　　Defendants.<br>_____ / | CASE NO. CV-F-08-1862 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE** |

Based on the parties stipulation to dismiss, filed on March 17, 2009, pursuant to Fed. R. Civ. P. 41(a), this Court:

　　1.　　DISMISSES this action without prejudice;

　　2.　　VACATES all pending matters; and

　　3.　　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　March 18, 2009**　　　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE